JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVIT GRIGORYAN,

                    Petitioner,

          v.

TODD LYONS, *et al.*,

                    Respondents.

Case No. 5:26-cv-02024-DMK

**JUDGMENT**

          IT IS HEREBY ADJUDGED that the Petition is GRANTED.

          Respondents shall immediately release Petitioner Davit Grigoryan (A#218-048-444) from immigration custody.  Respondents shall return any confiscated property and documents to Petitioner upon his release.  Respondents are enjoined and restrained from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing before a neutral decisionmaker, that Petitioner presents a flight risk or a danger to the community.

          Respondents shall file a notice of compliance no later than June 23, 2026.

DATED:  June 16, 2026

_____
DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE